THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Torrance Bernard Allen, Appellant.
 
 
 

Appeal From Cherokee County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-450
Submitted July 7, 2004  Filed August 
 25, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Torrance Bernard Allen pled 
 guilty to distribution of crack cocaine and distribution of crack cocaine within 
 one-half mile of a school or park.  Allen appeals, arguing his guilty plea did 
 not comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 
 238 (1969).  Allens counsel attached to the brief a petition to be relieved 
 as counsel, stating that she had reviewed the record and concluded this appeal 
 lacks merit.  Allen did not file a separate pro se brief.  
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and HUFF, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.